DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOSEPH MOREL,**
Appellant,

v.

**AISHIEK JAMIE NATALIE LYN,**
Appellee.

No. 4D2023-1562

[December 28, 2023]

Appeal of a nonfinal order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Dina A. Keever-Agrama, Judge; L.T. Case No. 502022DR008994XXX.

Meaghan K. Marro of Marro Law, P.A., Plantation, for appellant.

Ronald K. Lantz, North Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, LEVINE and ARTAU, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***